No. 23-3031

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS, ex rel. KWAME RAOUL,
Attorney General of the State of Illinois,

*Plaintiff-Appellee,*

v.

3M COMPANY,

*Defendant-Appellant.*

On Appeal from the United States District Court for the
Central District of Illinois
No. 4:22-cv-4075 (Hon. Sara Darrow)

## DOCKETING STATEMENT

Pursuant to Circuit Rule 3(c), Defendant-Appellant 3M Company states as follows:

1.  3M removed this case to federal district court pursuant to the federal-officer removal statute, 28 U.S.C. § 1442(a). That provision gives the district court jurisdiction over the case. On September 21, 2023, the district court entered an order remanding the case to state court. Dkt. 23. This Court has appellate jurisdiction under 28 U.S.C. § 1447(d). That provision grants courts of appeals jurisdiction to review "an order remanding a case to the State court from which it was removed pursuant to [28 U.S.C.

§ 1442].” 28 U.S.C. § 1447(d).  3M timely filed its notice of appeal on October 20, 2023.  *See id.* § 2107(a); Fed. R. App. P. 4(a)(1)(A).

2.   There have been no prior or related appellate proceedings in this case.  Plaintiff-Appellee Illinois seeks to hold 3M liable for alleged contamination of natural resources with per- and polyfluoroalkyl substances (PFAS).  Illinois filed two additional actions to recover for alleged PFAS contamination of natural resources, and 3M removed those actions to the United States District Court for the Northern District of Illinois.  *See People of the State of Illinois v. 3M Company*, No. 1:23-cv-1341 (N.D. Ill.); *People of the State of Illinois v. 3M Company*, No. 1:23-cv-2620 (N.D. Ill.).  The Judicial Panel on Multidistrict Litigation transferred those actions to the United States District Court for the District of South Carolina for inclusion in an ongoing multidistrict litigation, *In re Aqueous Film-Forming Foams (AFFF) Prods. Liab. Litig.*, No. 2:18-mn-2873 (D.S.C.), where many related actions are centralized.  *See* Transfer Order, MDL No. 2873, ECF No. 1927 (J.P.M.L. June 5, 2023); Transfer Order, MDL No. 2873, ECF No. 2020 (J.P.M.L. Aug. 3, 2023).

Dated: October 27, 2023

Respectfully submitted,

/s/ *Michael A. Scodro*
Michael A. Scodro
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
mscodro@mayerbrown.com

*Counsel for Appellant 3M Company*