# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | Office of the Clerk |
| United States Courthouse | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | |

## FINAL JUDGMENT

August 7, 2024

Before

AMY J. ST. EVE, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 23-3031 | PEOPLE OF THE STATE OF ILLINOIS, ex. rel. KWAME RAOUL, Attorney General of the State of Illinois, <br> Plaintiff - Appellee <br><br> v. <br><br> 3M COMPANY, <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 4:22-cv-04075-SLD-JEH <br> Central District of Illinois <br> District Judge Sara Darrow | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)