# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 29, 2024

To: Shig Yasunaga
UNITED STATES DISTRICT COURT
Central District of Illinois
Rock Island, IL 61201

| No. 23-3031 | PEOPLE OF THE STATE OF ILLINOIS, ex. rel. KWAME RAOUL, Attorney General of the State of Illinois, <br>     Plaintiff - Appellee <br><br> v. <br><br> 3M COMPANY, <br>     Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:22-cv-04075-SLD-JEH <br> Central District of Illinois <br> District Judge Sara Darrow ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                No record to be returned

form name: **c7_Mandate**    (form ID: **135**)